

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,034-01

### EX PARTE RONALD J. EUBANKS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W92-67690-N(A) IN THE 195TH DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to ten years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Eubanks v. State*, No. 11-93-00236-CR (Tex. App.—Eastland June 16, 1994) (not designated for publication).

Applicant contends, among other things, that had scientific evidence, which was unavailable at the time of his trial and would now be admissible, been presented at his trial, on the preponderance

of the evidence he would not have been convicted. TEX. CODE CRIM. PROC. art. 11.073. We order that this application be filed and set for submission to determine whether Applicant is entitled to relief under Article 11.073. The parties shall brief this issue.

It appears that Applicant is represented by counsel. If that is not correct, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and desires to be represented by counsel, the trial court shall appoint an attorney to represent Applicant. TEX. CODE CRIM. PROC. art 26.04. The trial court shall send to this Court, within 60 days of the date of this order, a supplemental transcript containing: a confirmation that Applicant is represented by counsel; the order appointing counsel; or a statement that Applicant is not indigent. All briefs shall be filed with this Court within 90 days of the date of this order.

Filed: May 18, 2016
Do not publish